AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

UNITED STATES OF AMERICA

V.

**ANTHONY P. RAYMOND**

SSN: 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
DOB: May 11, 1970

**WARRANT FOR ARREST**

CASE NUMBER: 04-M00079-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___**ANTHONY P. RAYMOND**___
                                                    Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X Complaint**   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Armed Bank Robbery;**

in violation of Title __18__ United States Code, Section(s) __2113 (d)__ ;

_Lawrence P. Cohen_                          _U.S. Magistrate Judge_
Name of Issuing Officer                       Title of Issuing Officer

_[signature]_                                 _November 10, 2004 - Boston, MA_
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*COPY* (stamp)

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

COPY

DEFENDANT'S NAME: ANTHONY P. RAYMOND

ALIAS: Tony "Razor" Ramone

LAST KNOWN RESIDENCE: 225 Russell St., Everett, MA

LAST KNOWN EMPLOYMENT: Richey's Slush Co., Everett, MA

PLACE OF BIRTH: Chelsea, Massachusetts

DATE OF BIRTH: May 11, 1970

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5 ft 11 in            WEIGHT: 250 lbs

SEX: Male                     RACE: Caucasian

HAIR: Brown          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: unknown


FBI NUMBER: 884372TA3

COMPLETE DESCRIPTION OF AUTO: unknown

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigation, 1 Center Plaza, Suite, 600, Government Center, Boston, Massachusetts