AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                    MASSACHUSETTS

UNITED STATES
V.
ANTHONY RAYMOND

**EXHIBIT AND WITNESS LIST**

Case Number:  04-79

| PRESIDING JUDGE COHEN | | | | | PLAINTIFF S ATTORNEY MOORE | DEFENDANT S ATTORNEY WITKIN |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 11/16/04 - DTN HRG | | | | | COURT REPORTER | COURTROOM DEPUTY MS |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| X | | 11/16/04 | | | WITNESS - FBI SPECIAL AGENT ROBERT RICE | |
| X | | 11/16/04 | 1 | | AFFIDAVIT OF SPECIAL AGENT RICE - COURT TAKES JUDICIAL NOTICE | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages