AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____MASSACHUSETTS_____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| ANTHONY P. RAYMOND | CASE NUMBER: 04-M00079-CPC |
| SSN: 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 | |
| DOB: May 11, 1970 | |

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV 10 P 12: 56

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**ANTHONY P. RAYMOND**_____
                                                                              Name
and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    **X** Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Armed Bank Robbery;**

in violation of Title __18__ United States Code, Section(s) __2113 (d)__ ;

_Lawrence P. Cohen_                                             _U. S. Magistrate Judge_
Name of Issuing Officer                                          Title of Issuing Officer

_[signature]_                                                    _November 10, 2004 - Boston, MA_
Signature of Issuing Officer                                     Date and Location

Bail fixed at $ _____    by _____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI |
| ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/12/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |