UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.: 04-10293-JLT |
| ) | |
| MARK F. MARCHESE, ) | Count 1: 18 U.S.C. § 2113(d) |
| FRANK R. BOWMAN, JR., ) | Armed Bank Robbery |
| ANTHONY P. RAYMOND, ) | Count 2: 18 U.S.C. § 922(g)(1) |
|   a/k/a Razor Ramone, ) | Felon in Possession |
|   a/k/a Tony Ramone, ) | of a Firearm |
|   a/k/a Tony Ramond, ) | Count 3: 18 U.S.C. § 924(c) |
|         Defendants. ) | Use of a Firearm During |
| ) | Crime of Violence |

SUPERSEDING INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2113(d) – Armed Bank Robbery

The Grand Jury charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE
and
FRANK R. BOWMAN, JR.,
and
ANTHONY P. RAYMOND,**

the defendants herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Citizen's Bank, money in the amount of $26,664.68, more or less, belonging to and in the care, custody, control, management and possession of the said Citizen's Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing the aforesaid offense, the defendants herein did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Section 2113(d).

**COUNT TWO**: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

The Grand Jury further charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: one 7.62 x 39 mm Norinco assault-style rifle, Model SKS, bearing serial number 9211689.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**:  18 U.S.C. § 924(c) – Use of a Firearm During Crime of Violence

The Grand Jury further charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE
and
FRANK R. BOWMAN, JR.,
and
ANTHONY P. RAYMOND,**

the defendants herein, did knowingly use, carry and brandish a firearm, to wit, an assault rifle, during and in relation to the crime of violence charged in Count One of this Indictment, to wit: armed bank robbery, in violation of Title 18, United States Code, Section 2113(d).

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The armed robbery that is the subject of Count One involved the taking of the property of a financial institution, as described in U.S.S.G. § 2B3.1(b)(1).

2. The armed robbery that is the subject of Count One involved the brandishment and possession of a firearm, as described in U.S.S.G. § 2B3.1(b)(2).

3. The armed robbery that is the subject of Count One involved a loss of between $10,000 and $50,000, as desribed in U.S.S.G. § 2B3.1(b)(7)(B).

4. At the time of the defendants' commission of the armed robbery that is the subject of Count One, defendant Marchese was 34 years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. § 4B1.1.

5. At the time of the defendants' commission of the armed robbery that is the subject of Count One, defendant Raymond was 34 years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. § 4B1.1.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY


PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; December 8, 2004, at  1:15  .

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

₃S 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**         Category No. II         Investigating Agency  FBI

City   Malden                Related Case Information:

County   Middlesex           Superseding Ind./ Inf.   X          Case No.   04-10293-JLT
                             Same Defendant   X          New Defendant  _____
                             Magistrate Judge Case Number   MJ - 04-36-LPC
                             Search Warrant Case Number   _____
                             R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   MARK F. MARCHESE          Juvenile   ☐ Yes   ☒ No

Alias Name   unknown

Address   219 Russell Street, Everett, MA

Birth date: 1970     SS#: 4347     Sex: M   Race: Caucasian     Nationality: USA

Defense Counsel if known:   Ed Hayden          Address: 7 Franklin Street
                                                         Lynn, MA 01902
Bar Number: _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore                    Bar Number if applicable   632312

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:   August 25, 2004

☒ Already in Federal Custody as of   detainee          in   Plymouth Co. House / Corrections  .
☐ Already in State Custody  _____          ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____          on  _____

Charging Document:       ☐ Complaint          ☐ Information          ☒ Indictment
Total # of Counts:       ☐ Petty ____          ☐ Misdemeanor ____          ☒ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:   December 8, 2004          Signature of AUSA:   _/s/ P. Moore_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     MARK F. MARCHESE

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammunition | 2 |
| Set 3 | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     <u>MARK F. MARCHESE</u>

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js 45 - Armed Bank Robbery - 2004 - Marchese.wpd - 3/13/02

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI

**City** Malden   **Related Case Information:**

**County** Middlesex   Superseding Ind./ Inf. X   **Case No.** 04-10293-JLT
Same Defendant X   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   FRANK R. BOWMAN, JR.   Juvenile  ☐ Yes  ☒ No

Alias Name   unknown

Address   19 Waters Avenue, Everett, MA

Birth date: 1971   SS#: 8610   Sex: M   Race: Caucasian   Nationality: USA

Defense Counsel if known:   Charles A. Clifford   Address: 305 Main Street
Charlestown, MA 02128

Bar Number:

**U.S. Attorney Information:**

AUSA   Paul R. Moore   Bar Number if applicable   632312

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect:

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Mag. Judge L. Cohen  on  Oct. 11, 2004

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  December 8, 2004   Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     FRANK R. BOWMAN, JR.

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| **Set 1** | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| **Set 2** | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| **Set 3** | | | |
| **Set 4** | | | |
| **Set 5** | | | |
| **Set 6** | | | |
| **Set 7** | | | |
| **Set 8** | | | |
| **Set 9** | | | |
| **Set 10** | | | |
| **Set 11** | | | |
| **Set 12** | | | |
| **Set 13** | | | |
| **Set 14** | | | |
| **Set 15** | | | |

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   FRANK R. BOWMAN, JR. _____

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js 45 - Armed Bank Robbery - 2004 - Bowman.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Malden     **Related Case Information:**

**County** Middlesex     Superseding Ind./ Inf.  Superseding Ind   Case No. 04-10293-JLT
Same Defendant ____  New Defendant X
Magistrate Judge Case Number  04-MJ-00079-LPC
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name  ANTHONY P. RAYMOND     Juvenile  ☐ Yes  ☒ No

Alias Name  Razor Ramone; Tony Ramone; Tony Ramond

Address  Plymouth Co. House of Corrections

Birth  1971  SS#: 3386  Sex: M  Race: Caucasian  Nationality: USA

Defense Counsel if known:  Roger Witkin, Esq.  Address: 6 Beacon St. Suite 1010
Boston, MA 02108

Bar Number: ____

**U.S. Attorney Information:**

AUSA  Paul R. Moore  Bar Number if applicable  632312

Interpreter:  ☐ Yes  ☒ No  List language and/or dialect: ____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date:  November 12, 2004

☒ Already in Federal Custody as of November 12, 2004  in  Plymouth Co. House of Corrections .
☐ Already in State Custody ____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by ____ on ____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 8, 2004  Signature of AUSA: _(signature)_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):_____

**Name of Defendant**     ANTHONY P. RAYMOND

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number**  (To be filled in by deputy clerk):_____

**Name of Defendant**     ANTHONY P. RAYMOND_____

**ADDITIONAL INFORMATION:**   _____

js 45 - Armed Bank Robbery - 2004 - Raymond.wpd - 3/13/02