UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                 No. 04 10293 JLT 3

ANTHONY P. RAYMOND

**MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT**

The defendant moves to strike as surplusage from the indictment the entire contents of the unnumbered page following Count 3 of the indictment, entitled "Notice of Additional Factors".

The additional factors referred to are matters under the United States Guidelines that have been declared unconstitutional. See *United States v. Booker and Fanfan* U.S.    (2005).

                                                 */s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:   January 31, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 79 LRC

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

    I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Paul R. Moore, and a courtesy copy to Maria Simeone, Courtroom Clerk for Honorable Lawrence P. Cohen, United States Magistrate Judge by mail and electronic filing, which was e-filed this day.

                        */s/ Roger Witkin*
                        Roger Witkin
                        6 Beacon Street, Suite l0l0
                        Boston, MA 02l08
                        Tel. 6l7 523 0027
                        Fax 6l7 523 2024
                        BBO No. 53l780

**DATE:** January 31, 2005