UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-10293-JLT
ANTHONY P. RAYMOND,            )
          Defendant,           )
_____)
```

STATUS REPORT
February 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Tauro, J. to whom this case is assigned:

1.  Discovery

Counsel for the parties have requested additional time to complete discovery. I have granted that request.

2.  Further Status Conference

A further status conference shall be held in this case on April 6, 2005, at 2:15 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 18, 2005 (date of expiration of prior order of excludable time) through April 6,

2005 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, June 15, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE