UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ANTHONY P. RAYMOND,  )<br>        Defendant,  )<br>)  | **CRIMINAL ACTION<br>NO. 04-10293-JLT** |

**ORDER OF EXCLUDABLE TIME**
**February 23, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 18, 2005 (date of expiration of prior order of excludable time) through April 6, 2005 (date by which the discovery should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE