UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              NO. 04 79 LRC

ANTHONY P. RAYMOND

MOTION FOR INTERVIEW WITH PRETRIAL SERVICES
AND FOR BAIL

The defendant moves that he be brought in to the courthouse from his present place of confinement, the Plymouth House of Correction, and that he be interviewed by Pretrial Services.

This with a view to a hearing on the issue of being admitted to bail.

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:   March 9, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 79 LRC

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Paul Moore, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

        */s/ Roger Witkin*
        Roger Witkin
        6 Beacon Street, Suite l0l0
        Boston, MA 02l08
        Tel. 6l7 523 0027
        Fax 6l7 523 2024
        BBO No. 53l780

DATE: March 9, 2005