## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-10293-JLT
ANTHONY P. RAYMOND,            )
          Defendant,           )
_____)
```

### STATUS REPORT
### April 6, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Tauro, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Investigation</u>

Mr. Raymond's counsel is conducting an on-going investigation concerning this case and anticipates that this investigation should be completed within a month. Counsel has requested that he be allowed to complete that investigation before he returns the case to the District Judge. I have granted that request.

3. <u>Substantive Motions</u>

Mr. Raymond's counsel intends to file a motion to dismiss a portion of the Indictment. That motion shall be filed by May 6, 2005 and the Government shall file its opposition to that motion by

May 20, 2005.

4. <u>Further Status Conference</u>

A further status conference shall be held in this case on May 23, 2005, at 3:30 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

5. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 6, 2005 (date of expiration of prior order of excludable time) through May 20, 2005 (date by which the Government is to file its opposition to Defendant's motion to dismiss). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, August 1, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE