# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
             v.                 )    CRIMINAL ACTION
                                )    NO. 04-10293-JLT
ANTHONY P. RAYMOND,             )
         Defendant,             )
_____)
```

## FINAL STATUS REPORT
### May 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Tauro, J. to whom this case is assigned:

1.   <u>Discovery</u>

Completed.

2.   <u>Substantive Motions</u>

Mr. Raymond has filed a motion to dismiss a portion of the Indictment and the Government has filed an opposition to that motion.

3.   <u>Referral Back To The District Judge</u>

Since discovery has been completed, this case is being returned to Judge Tauro for all further proceedings.

4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of

arraignment through May 20, 2005.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, August 1, 2005</u>.


                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE