UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Criminal No. 04-10293-JLT-3 |
| ANTHONY P. RAYMOND | * | |

ORDER

July 7, 2005

TAURO, J.

After the Status Conference held on July 7, 2005, this court hereby orders that:

1. As explained in open court, Defendant's <u>Motion to Dismiss Count Three of the Superseding Indictment</u> [#41] is DENIED WITHOUT PREJUDICE to raising the matter at the conclusion of the Government's case;

2. Defendant's <u>Motion to Strike Surplusage from Indictment</u> [#32] is ALLOWED; and

3. Trial will commence on October 11, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge