UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10293-JLT |
| v. ) | |
| ) | |
| ANTHONY P. RAYMOND, ) | |
|     Defendant. ) | |
| ) | |

GOVERNMENT'S PROPOSED WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1. Karen Griffin Ward
   Citizens Bank
   876 Malden Street
   Malden, Massachusetts

2. Gwen Stoddard
   Citizens Bank
   876 Malden Street
   Malden, Massachusetts

3. Jamie Rodenheiser
   Citizens Bank
   876 Malden Street
   Malden, Massachusetts

4. Kristen Graham-Murphy
   Citizens Bank
   876 Malden Street
   Malden, Massachusetts

5. Sushma Punj
   Citizens Bank
   876 Malden Street
   Malden, Massachusetts

6.     Julie Anne Aloise
   Corporate Security
   Citizens Bank
   28 State Street
   Boston, Massachusetts

7.     Stacy Ann Rutledge
   219 Russell Street
   Everett, Massachusetts

8.     Mary Bowman
   19 Waters Avenue
   Everett, Massachusetts

9.     Frank R. Bowman, Jr.
   19 Waters Avenue
   Everett, Massachusetts

10.     Tom Frati
    Richie's Slush Company
    3 Garvey Street
    Everett, Massachusetts

11.     Joseph A. Fico
    122 Garland Street
    Everett, Massachusetts

12.     Special Agent Gary Cacace
    Federal Bureau of Investigation
    Suite 600
    One Center Plaza
    Government Center
    Boston, Massachusetts

13.     Special Agent Robert Rice
    Federal Bureau of Investigation
    Suite 600
    One Center Plaza
    Government Center
    Boston, Massachusetts

14. Special Agent Michael Carazza
    Federal Bureau of Investigation
    Suite 600
    One Center Plaza
    Government Center
    Boston, Massachusetts

15. Officer Thomas Cullen
    Stoneham Police Department
    47 Central Street
    Stoneham, Massachusetts

16. Betty Velasquez
    Branch Manager, Citizens Bank
    One Center Plaza
    Boston, Massachusetts

17. Trooper John C. Murphy
    Massachusetts State Police
    Firearms Identification Section
    485 Maple Street
    Danvers, Massachusetts

18. Trooper Brian H. Lombard, Jr.
    Massachusetts State Police
    Firearms Identification Section
    485 Maple Street
    Danvers, Massachusetts

19. Officer John Kelley
    Malden Police Department
    200 Pleasant Street
    Malden, Massachusetts

20. Officer J. Ponzo
    Malden Police Department
    200 Pleasant Street
    Malden, Massachusetts

21. Carleen West
    103 South Drive
    Medford, Massachusetts

22. Christopher Palmer
    Action Ambulance Company
    151 Trenton Street
    Melrose, Massachusetts

23. Edward Rosinski
    29 Hopkins Street
    Melrose, Massachusetts

24. Trooper James Crump
    Massachusetts State Police
    485 Maple Street
    Danvers, Massachusetts

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                    By:   /s/ Paul R. Moore
                          Paul R. Moore
                          Assistant U.S. Attorney

September 7, 2005

### CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney for defendant ANTHONY P. RAYMOND, Roger Witkin, Esq., on September 7, 2005, via first class mail.

                                        /s/ Paul R. Moore
                                        Paul R. Moore
                                        Assistant U.S. Attorney

September 7, 2005