UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                              **Criminal No:** 04-10293 JLT

**ANTHONY P. RAYMOND**

MOTION AND MEMORANDUM OF DEFENDANT

FOR SEQUESTRATION OF WITNESSES

The defendant in the above-entitled matter respectfully moves this Honorable Court order that during the trial of the above cause, all witnesses may be sequestered and further order of this Honorable Court that all witnesses who are sequestered not talk about the case with each other until the case is over. See Rule 12(b)(2) of the Federal Rules of Criminal Procedure.

REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument will assist the Court and requests a hearing on this motion. Local Rule 7.l (D).

*/s/Roger Witkin*
ROGER WITKIN
Counsel for the Defendant
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. (617) 523-0027
Fax (6l7) 523-2024
BBO No. 531780

Dated: September 12, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                   **Criminal No:** 04-10293 JLT

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Paul Moore, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE: September 12, 2005