UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10293-JLT |
| ) | |
| ) | |
| ANTHONY P. RAYMOND ) | |
| Defendant. | |

**GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. Have any of you, or any members of your family or close friends, been a victim of a crime involving a firearm or a bank robbery? If so, is there anything about this experience which would in any way affect your ability to render a fair and impartial verdict?

2. Do any of you have feelings about guns or gun laws that may affect your ability to render a fair and impartial verdict?

3. Do any of you have feelings about banks or laws making it illegal to take money by force from banks that may affect your ability to render a fair and impartial verdict?

4. Do any of you, or any members of your immediate family or close friends, own firearms?

5. This is a criminal case wherein the law sets forth certain punishments to be applied in the sole discretion of the Judge, within bounds as set forth by Congress. Are there any of you who, for religious, moral, ethical or philosophical reasons, would simply rather not

      be called upon to decide the guilt or innocence of the accused?

6.     Are you, a family member, or a close friend or business associate involved in the criminal justice system as a prosecutor, a defense attorney, an employee of either a prosecutor or a defense attorney, or as a law enforcement officer?

7.     Do you conscientiously believe you can render a fair and impartial verdict free from any prejudice or bias for or against the Government or the defendant?

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                          By:    /s/ Paul R. Moore
                                Paul R. Moore
                                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney for defendant ANTHONY P. RAYMOND, Roger Witkin, Esq., on this 12th day of September, 2005, via first class mail.

                                        /s/ Paul R. Moore
                                        Paul R. Moore
                                        Assistant U.S. Attorney