UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10293-JLT |
| v. ) | |
| ) | |
| ANTHONY P. RAYMOND, ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

    The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Proposed Exhibit List in the above-captioned matter.  The government reserves the right to supplement, modify, or withdraw from this list.

    1 - 7.62 x 39 mm caliber Norinco, model SKS, semi-automatic rifle (bearing serial number 92-11689)

    2 - Magazine from SKS semi-automatic rifle

    3 - 7 rounds of 7.62 x 39 ammunition from SKS magazine

    4 - Certificate of Examination and Test Firing (re: 7.62 x 39 mm caliber Norinco, model SKS, semi-automatic rifle (bearing serial number 92-11689)

    5 - FDIC Certificate for "Citizens Bank of Massachusetts" (No. 18562-1)

    6 - Image of Exterior of Citizens Bank (Malden)

    7 - Halloween-style mask (with dreadlocks)

    8 - Coveralls (worn by Marchese during offense conduct)

    9 - Sunglasses (worn by Fico during offense conduct)

10 - Hooded Sweatshirt (worn by Fico during offense conduct)

11 - Bandana (worn by Fico during offense conduct)

12 - Duffle bag (black)

13 - Dye-stained currency contained in transparent bags (various denominations)

14 - Image of Jeep (used during offense conduct)

15 - Surveillance Image (inside bank)

16 - Surveillance Image (inside bank)

17 - Surveillance Image (inside bank)

18 - Surveillance Image (exterior of bank)

19 - Surveillance Image (inside bank)

20 - Image of Richie's Slush Co. truck

21 - Image of Exterior of Bowman's Residence

22 - Image of 1997 Ford Taurus Station Wagon (red in color bearing MA. Reg. 116 AHE)

23 - Stoneham Police Department - Officer's Incident Report (Incident #407970)

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Paul R. Moore
      Paul R. Moore
      Assistant U.S. Attorney

DATE: September 14, 2005

CERTIFICATE OF SERVICE

     This is to certify that I have this day served a copy of this document upon the counsel for the defendant, Roger Witkin, Esq., via first class mail, on this 14th day of September, 2005.

                                        /s/ Paul R. Moore
                                        Paul R. Moore
                                        Assistant U.S. Attorney

DATE: September 14, 2005