UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )    CRIMINAL NO. 04-10293-JLT
)
)
ANTHONY P. RAYMOND, )
Defendant. )

**GOVERNMENT'S SUMMARY OF EXPERT TESTIMONY**

Pursuant to the Fed. R. Crim. P. 16(a)(1)(E), the government hereby discloses a written

summary of the testimony and qualifications of Alan Offringa, a firearms and ammunition expert

who will testify at trial.  With respect to the substance of Mr. Offringa's testimony, he will testify

 regarding the operation of rifles and specifically, about how the action of pulling back the slide

causes a round to be chambered, preparing the rifle to shoot as well as the nature of the particular

assault rifle described in the Indictment (Counts 1 and 2).  The basis for Mr. Offringa's opinion is

his familiarity with firearms through his more than thirty years of experience with firearms.  It is

anticipated that he will testify that the rifle and associated ammunition (charged in Counts 1 and

3 of the Indictment) are what they appear to be (the rifle is, in fact, an assault-style rifle).

With regard to Mr. Offringa's qualifications, he is a recognized expert in firearms and

ammunition.  He was an ATF Agent for approximately 30 years.  Prior to becoming an ATF

agent, he was a special agent with the United States Customs Service.  Prior to that he was a

police officer.  Special Agent Offringa was also a federally licensed firearms dealer.

Special Agent Offringa has attended numerous armorer schools, including Remington,

Glock, and Sigsauer.  He served as the firearms instructor/coordinator and the firearms and

ammunition examiner for the New England Field Division of ATF.  Among other duties that those assignments entail, he was responsible for examining firearms and ammunition to determine their place of manufacture.

Special Agent Offringa has been involved in the study of firearms and ammunition for over 30 years and he keeps an extensive personal library of resource materials relating to that subject area.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

DATE: September 29, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant ANTHONY P. RAYMOND, Roger Witkin, Esq., on September 29, 2005, via first class mail.

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney