UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CRIMINAL NO. 04 10293 JLT

ANTHONY P. RAYMOND

DEFENDANT'S AMENDED PROPOSED WITNESS LIST

The defendant hereby gives notice that it may call the following person(s)

as witness(es) during its presentation:

1.    Francesca Bowman
      351 Pleasant Street
      North Hampton, MA 01060

2.    Giovanni Migliori
      59 Oliver Street
      Malden, MA

3.    Grace Murphy
      16 Baincroft Road
      Malden, MA

4.    Gerald Lynch
      2 Spear Street
      Melrose, MA

5.    Mihran Zeitounian
      World Gas Station
      875 Main Street
      Malden, MA

6.    Careem West
      103 South Drive
      Bedford, MA

7.    Peter A. Ward
      21 Gilmore Street
      Everett, MA

*/s/Roger Witkin*
ROGER WITKIN
Counsel for the Defendant
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No.  531780

Dated:  September 30, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

**V.**                                  **CRIMINAL NO.** 04 10293 JLT


ANTHONY P. RAYMOND


CERTIFICATE OF SERVICE


I hereby certify that on this day a true copy of the within document was

served upon the attorney of record for the United States, AUSA Paul Moore, and a

courtesy copy to Ms. Zita Lovett, Courtroom Clerk for Honorable Joseph L. Tauro by

mail and electronic filing, which was e-filed this day.


*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  September 30, 2005