UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10293-JLT |
| | ) | |
| | ) | |
| ANTHONY P. RAYMOND, | ) | |
| Defendant. | ) | |

**REVISED NOTICE OF GOVERNMENT'S SUMMARY OF EXPERT TESTIMONY**

Pursuant to the Fed. R. Crim. P. 16(a)(1)(E), the government hereby discloses a written

summary of the testimony and qualifications of Brian H. Lombard, Jr., a firearms and

ammunition expert who will testify at trial.  With respect to the substance of Mr. Lombard's

testimony, he will testify  regarding the operation of rifles and specifically, about how the action

of pulling back the slide causes a round to be chambered, preparing the rifle to shoot as well as

the nature of the particular assault rifle described in the Indictment (Counts 1 and 2).  The basis

for Mr. Lombard's opinion is his familiarity with firearms through his experience as a trooper

with the Ballistics Section of the Massachusetts State Police.  It is anticipated that he will testify

that the rifle and associated ammunition (charged in Counts 1 and 3 of the Indictment) are what

they appear to be (the rifle is, in fact, an assault-style rifle).

With regard to Mr. Lombard's qualifications, he is a recognized expert in firearms and

ammunition.  He has been with the Massachusetts State Police for over 16 years, and has been

specifically assigned to conduct ballistics investigations since 2002.  He is a graduate of the

Massachusetts State Police Academy, and also has a Master's degree in Criminal Justice.

He has participated in over 400 examinations and test firings of weapons, and has

conducted over 150 microscopic comparison examinations.  He has also participated in

numerous fatal shooting investigations.   He has attended armorer schools' training courses

offered by both Smith & Wesson and Colt Defense Industries.  He and the firearms identification

section that he works with have received numerous honors from the state of Massachusetts,

including for outstanding performance in 2003.  Finally, Mr. Lombard is qualified as an expert in

firearms identification in the Massachusetts Superior Court for Suffolk County.

     Mr. Lombard will testify instead of Mr. Alan Offringa, whom the government had

originally offered as a firearms expert.  (D. 54, 70).

                             Respectfully submitted,

                             MICHAEL J. SULLIVAN
                             United States Attorney

By:    /s/ S. Waqar Hasib
        PAUL R. MOORE
        S. WAQAR HASIB
        Assistant U.S. Attorneys

DATE: September 30, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant ANTHONY P. RAYMOND, Roger Witkin, Esq., on September 30, 2005, via electronic filing

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

# Brian H. Lombard Jr.

## EDUCATION:

1991            *Master of Arts* – Criminal Justice
                Anna Maria College
                Paxton, Massachusetts

1984            *Bachelor of Science* – Marine Engineering
                Massachusetts Maritime Academy
                Buzzards Bay, Massachusetts

1988            MASSACHUSETTS STATE POLICE ACADEMY
                Framingham, Massachusetts

## EMPLOYMENT:

1988            COMMONWEALTH OF MASSACHUSETTS
                *Massachusetts State Police*

2002            MASSACHUSETTS STATE POLICE
                *Ballistics Section*
                *Trooper*

(2002 to Present)

Duties: To respond to crime scenes, gather and preserve firearms and firearms related evidence. Attend autopsies, observe wounds and receive evidence projectiles from Medical Examiners office. Conduct test firings of suspect weapons including distance type pattern tests when requested. Perform microscopic examinations of recovered evidence against test specimens from suspect weapon routine test firing of weapons to determine function capability.

## EXPERT TESTIMONY:
                Qualified as an expert in Firearms Identification.

                MASSACHUSETTS SUPERIOR COURTS:  Suffolk County

## EXPERIENCE:

The field of Firearms Identification is an applied science. While schools teach theory and instruct techniques, hands-on experience provides the foundation of a skilled firearms examiner. Training is similar to an apprenticeship; you learn by working on actual cases with other experts in the field.

Experience to date includes:

Examined and/or test fired in excess of 400 different weapons.
Conducted upwards of 150 microscopic comparison examinations.
Participated in numerous fatal shooting investigations.

The Firearms Identification Section uses various references including material from:

Sturm, Ruger Armorers' school.
Glock Armorers' school
Remington Armorers' school

## HONORS:

| | |
|---|---|
| 2005 | Certificate of Accomplishment Recognition of the Massachusetts State Police partnership to create a safer society using the National Integrated Ballistic Information Network system *Awarded to the Firearms Identification Section* |
| 2003 | Division Commander's Commendation for Implementation of National Integrated Ballistic Information Network(NIBIN) *Awarded to the Firearms Identification Section* |
| 2003 | Commonwealth Performance Recognition Citation for Outstanding Performance *Awarded to the Firearms Identification Section* |

## CONTINUING EDUCATION – SCIENTIFIC:

| | |
|---|---|
| 2003 | SMITH & WESSON ARMORERS' SCHOOL Springfield, Massachusetts Description: Course on how weapons are manufactured and assembled. This was an essential class since a major responsibility of a Firearms Identification examiner is to identify the toolmarks which are imparted upon a weapon during the manufacturing process. It is those toolmarks created during manufacturing that produce the microscopic differences that a Firearms Identification examiner looks for during microscopic exams. |
| 2004 | COLT Defense Industries Massachusetts State Police Academy New Braintree, Ma Description: Armorer's course in Colt weapons |