UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10293-JLT |
| ) | |
| ) | |
| ANTHONY P. RAYMOND   ) | |
| Defendant.   ) | |

## STIPULATION OF FACT

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Paul R. Moore and S. Waqar Hasib, and Mr. Raymond, by and through his attorney, Roger Witkin, Esq., respectfully agree to stipulate to the following fact, pertinent to the trial scheduled for October 11, 2005:

1. The deposits belonging to and in the care, custody, control, management and possession of Citizens Bank, located at 876 Main Street in Malden, Massachusetts, are now and were then, on August 19, 2004, insured by the Federal Deposit Insurance Corporation ("FDIC").

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

        S. Waqar Hasib
        Assistant U.S. Attorney


        ANTHONY P. RAYMOND
        Defendant

By:    /s/ Roger Witkin
        Roger Witkin, Esq.
        Attorney for Mr. Raymond

October 5, 2005