UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 04-10293-JLT |
| ) | |
| ANTHONY P. RAYMOND, ) | |
| Defendant. ) | |
| ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorneys Paul R. Moore and Waqar Hasib, hereby respectfully represents:

1. That JOSEPH A. FICO is presently incarcerated at the Cambridge Jail in Cambridge, Massachusetts, and that on October 11 and 12, 2005, he will be incarcerated at that institution.

2. That JOSEPH A. FICO has been subpoenaed by the Court to testify before the jury in the trial in the above-captioned case at 9:00 A.M. on October 11, 2005, and again at 9:00 a.m. on October 12, 2005, at the John Joseph Moakley Federal Courthouse, One Courthouse Way, Boston, Massachusetts, 02110, in Courtroom 20, before the Honorable United States District Court Judge Joseph L. Tauro.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Testificandum issue from this Court to be directed to the Warden, Cambridge Jail in Cambridge, Massachusetts, or to any other person having custody and control of JOSEPH A. FICO, commanding them to produce JOSEPH A. FICO to the United States Marshal, District of Massachusetts, John Joseph Moakley Federal Courthouse, One Courthouse Way, Boston, Massachusetts, 02110, at 9:00 a.m. on October 11, 2005, and again at 9:00 a.m. on October 12, 2005.

*Allowed*
*J. Tauro J.*
*9/29/05*

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul R. Moore
    Paul R. Moore
    Assistant U.S. Attorney

    Waqar Hasib
    Assistant U.S. Attorney

ALLOWED:

_____
Hon. Joseph L. Tauro
UNITED STATES DISTRICT JUDGE

DATED: 9/29/05