UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | Criminal No. 04-10293-JLT |
| v. ) | |
| ) | |
| ANTHONY P. RAYMOND, ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Proposed Exhibit List in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

1 - 7.62 x 39 mm caliber Norinco, model SKS, semi-automatic rifle (bearing serial number 92-11689)

2 - Magazine from SKS semi-automatic rifle

3 - 7 rounds of 7.62 x 39 ammunition from SKS magazine

4 - Certificate of Examination and Test Firing (re: 7.62 x 39 mm caliber Norinco, model SKS, semi-automatic rifle (bearing serial number 92-11689)

5 - Image of Exterior of Citizens Bank (Malden)

6 - Halloween-style mask (with dreadlocks)

7 - Coveralls (worn by Marchese during offense conduct)

8 - Sunglasses (worn by Fico during offense conduct)

9 - Hooded Sweatshirt (worn by Fico during offense conduct)

10 - Face Mask (worn by Fico during offense conduct)

11 - Duffle bag (black)

12 - Dye-stained currency contained in transparent bags (various denominations)

13 - Image of Jeep (used during offense conduct)

14 - Surveillance Image (inside bank)

15 - Surveillance Image (inside bank)

16 - Surveillance Image (inside bank)

17 - Surveillance Image (exterior of bank)

18 - Surveillance Image (inside bank)

19 - Image of Richie's Slush Co. truck

20 - Image of Exterior of Bowman's Residence

21 - Image of 1997 Ford Taurus Station Wagon (red in color bearing MA. Reg. 116 AHE)

22 - Stoneham Police Department - Officer's Incident Report (Incident #407970)

23 - Nextel Subscriber and Tolling Records relating to Frank R. Bowman, Jr.

24 - Nextel Subscriber and Tolling Records relating to Anthony P. Raymond

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Paul R. Moore
    Paul R. Moore
    Assistant U.S. Attorney

DATE: October 7, 2005

CERTIFICATE OF SERVICE

     This is to certify that I have this day served a copy of this document upon the counsel for the defendant, Roger Witkin, Esq., via electronic filing and facsimile, on this 7th day of October, 2005.

                                            /s/ Paul R. Moore  
                                            Paul R. Moore  
                                            Assistant U.S. Attorney

DATE: October 7, 2005