UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                          CRIMINAL NO. 04 10293 JLT

ANTHONY P. RAYMOND

MOTION OF DEFENDANT
FOR JUDGMENT OF ACQUITTAL AFTER THE CLOSE OF ALL EVIDENCE

The defendant in the above entitled matter moves this Court to enter a judgment of acquittal.

The defendant alleges that the evidence is insufficient to sustain a conviction of the offense charged.

REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument will assist the Court and requests a hearing on this motion. Local Rule 7.1 (D).

ROGER WITKIN
Counsel for the Defendant
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. (617) 523-0027
Fax (617) 523-2024
BBO No. 531780

Dated: 10/14/05
\f108

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND/BY FAX

DATED: 10/14/05

NAME: