EXHIBIT
COURT
1
CR 04-10293

① CAN WE SEE CULLEN'S POLICE REPORT?

② WHEN DID FICO (??) INITIALLY GIVE UP RAYMOND'S NAME?

③ WHAT TIME DID OFFICER CULLEN CALL IN RE: SEEING THE TAURUS IN THE PARKING LOT?

④ HOW FAR AWAY IS SHOPPING CENTER FROM THE BANK?

1:27 PM

Michael Perry
Michael Perry

10/14/05



Mr Foreman,

1) The Cullen police report was not admitted in evidence and, therefore, you may not have it.

2) With respect to the rest of your inquiries, the jury must rely on their individual and collective judgement and memory to determine what evidence there was, if any, concerning that topics.

*[signature]*

1:50 pm

Judge,

We are unable to come to a verdict. It has been made clear by a juror that a unanimous verdict will not be reached. Any advice?

Respectfully,

Michael Perry
Michael Perry
2:55 PM

10/14/05



JUDGE,

WE HAVE REACHED A VERDICT.

*Michael Perry*
3:45 PM