SLEEPING

CASE NO: ~~(CIVIL)~~ (CRIMINAL)   CR 04 - 10293 - JLT

TITLE: U.S.A.                    vs ANTHONY P. RAYMOND

## J U R Y   P A N E L

(1. MICHAEL K. PERRY (32)        (7 DEAN TREARCHIS (1)

(2. CHERYL M. JONES (13)         (8 ALBERT P. ADAES (34)

(3. DAVID A. PULLO (22)          (9 JAMES G. PROULX, JR (2)

(4. TIMOTHY J. KELLIHER (4)      (10 MARLEE S. ROBERTS (10)

(5. GRETA D. HEANUE (29)         (11 CAROLYN M. VERTULA (18)

EXCUSED (6. RONALD C. MEEKINS (27)   (12 LINDA M. NICKERSON (17)

SOPHIA R. ROVITTI (38)

| Alternate # 1 | Alternate # 2 |
|---|---|

| Alternate # 3 | Alternate # 4 |
|---|---|

~~(      )~~ (GOV'T)      W I T N E S S E S      DEFENDANT

1. JULIE ANNE ALOISE, 10/11        1. _____

2. KAREN GRIFFIN WARD 10/11        2. _____

3. JAIME RODENHEISER 10/11         3. _____

4. THOMAS FRATI, 10/11             4. _____

5. THOMAS CULLEN 10/11             5. _____

6. STACY ANN RUTLEDGE, 10/11       6. _____

7. MARY BOWMAN, 10/11              7. _____

8. FRANK BOWMAN 10/11; 10/12       8. _____

9. JOSEPH A. FICO 10/12            9. _____

10. _____                     10. _____

11. _____                     11. _____

12. _____                     12. _____

13. _____                     13. _____

14. _____                     14. _____