# United States District Court

DISTRICT OF **MASSACHUSETTS**

U.S.A. v. ANTHONY P. RAYMOND

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: **CR04-10293-**

| PRESIDING JUDGE | GOV. ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOSEPH L. TAURO | PAUL MOORE, WAQAR HASIB | ROGER WITKIN, JOHN DINE |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| OCT. 11 TO | CAROL SCOTT | ZITA LOVETT |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | 10-11-05 | ✓ | ✓ | IMAGE OF JEEP — ALOISE |
| ✓ 14 | | " " | ✓ | ✓ | SURVEILLANCE PHOTOS |
| 15 | | " " | ✓ | ✓ | " " " " |
| 16/17 | | " " | ✓ | ✓ | " " " " |
| 18 | | " " | ✓ | ✓ | " " " " |
| ✓ 6 | | " " | ✓ | ✓ | MASK |
| ✓ 19 | | " " | ✓ | ✓ | PHOTO OF TRUCK : FRATI |
| ✓ 21 | | " " | ✓ | ✓ | PHOTO OF RED TAURUS |
| ✓ | 10 | " " | ✓ | ✓ | MASK — RUTLEDGE |
| ✓ 20 | | " " | ✓ | ✓ | PHOTO OF BOWMAN HOUSE — M. BOWMAN |
| ✓ 1 | | " " | ✓ | ✓ | GUN     F. BOWMAN |
| ✓ 2 | | " " | ✓ | ✓ | CLIP FROM GUN |
| ✓ 3 | | " " | ✓ | ✓ | AMUNITION — GREEN SHELL CASINGS |
| ✓ 23 | | " " | ✓ | ✓ | CELL PHONE RECORDS — |
| | A | 10-11-05 | (ID) | | |
| ✓ | 7 | 10-12-05 | ✓ | ✓ | JUMPSUIT USED IN ROBBERY : BOWMAN |
| ✓ | 9 | " " | ✓ | ✓ | SWEATSHIRT : LICO |
| ✓ | 11 | " " | ✓ | ✓ | DUFFLE BAG   " " |
| ✓ | 12 | " " | ✓ | ✓ | PLASTIC BAGS W/ MONEY X2  " " |
| | 24 | " " | ✓ | ✓ | STIPULATIONS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages