UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       v.                                       CASE NO. CR 04-10293-JLT

ANTHONY P. RAYMOND

## VERDICT FORM

WE, THE JURY, FIND:  THE DEFENDANT, ANTHONY P. RAYMOND

AS TO: COUNT 1

GUILTY  **X**   NOT GUILTY _____   OF: ARMED BANK ROBBERY

AS TO: COUNT 3

GUILTY _____   NOT GUILTY  **X**   OF: USE OF FIREARM DURING CRIME OF VIOLENCE

10/14/05
DATE

_[Foreperson's Signature]_
FOREPERSON'S SIGNATURE