UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10293 JLT

ANTHONY P. RAYMOND

MOTION TO CONTINUE SENTENCING DATE

The defendant moves to continue his sentencing date, presently scheduled for Tuesday, January 17, 2006, for approximately sixty days.

As grounds for same the defendant says that he has pleaded guilty in the Worcester Federal Court and is to be sentenced on Friday, February 10, 2006.

Pursuant to a reading of the Sentencing Guidelines, Mr. Raymond would be better off sentenced first in Worcester, and then in Boston.

Wherefore the defendant moves that his sentencing date of January 17, 2006, be continued for approximately sixty days or after the February 10, 2006, Worcester date.

*/s/ Roger Witkin*
ROGER WITKIN
Counsel for the Defendant
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 531780

Dated:    December 5, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                   **CRIMINAL NO.** 04 10293 JLT

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Paul Moore, and a

courtesy copy to Ms. Zita Lovett, Courtroom Clerk for Honorable Joseph L. Tauro by mail and electronic filing, which was e-filed this day.

                                                     */s/ Roger Witkin*
                                                     Roger Witkin
                                                     6 Beacon Street, Suite l0l0
                                                     Boston, MA 02l08
                                                     Tel. 6l7 523 0027
                                                     Fax 6l7 523 2024
                                                     BBO No. 53l780

DATE:  December 5, 2005